IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHARLES ROYE, JR.,
                Plaintiff,

v.                                                Civil Action No. 3:12-cv-783-JAG

CAROLYN W. COLVIN,
    *Commissioner of Social Security*,

                Defendant.

## **FINAL ORDER**

This matter comes before the Court on the plaintiff Charles Roye, Jr.'s Objections (Dk. No. 15) to the Magistrate Judge's Report and Recommendations. (Dk. No. 14.) Having reviewed the Magistrate Judge's Report and Recommendations, the defendant's response to the plaintiff's objections (Dk. No. 16), and the record, and finding no error therein, it is hereby ordered that:

(1) The plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Dk. No. 15) are OVERRULED;

(2) The Report and Recommendation of the Magistrate Judge (Dk. No. 14) is ADOPTED on the basis of the reasoning of the Report and Recommendation;

(3) The plaintiff's Motion for Summary Judgment (Dk. No. 7) is DENIED;

(4) The Commissioner's Motion for Summary Judgment (Dk. No. 12) is GRANTED; and

(5) The Commissioner's decision denying benefits to Roye is AFFIRMED.

It is further ORDERED that the briefs adequately addressed the issues and oral argument would not materially aid the decisional process.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: September 30, 2013
Richmond, VA